# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157332(45)


CLOVERDALE HOLDINGS, LLC,
        Plaintiff-Appellant,

v

PATRICIA WHITLOW,
        Defendant-Appellee,
and

SAFEWAY TRANSPORTATION, INC, and
SAFEWAY TRANSPORTATION 11, LTD,
        Defendants.
_____/

SC: 157332
COA: 335424
Wayne CC: 15-005452-CB


       On order of the Chief Justice, the motion to extend the time for filing the defendant-appellee's answer is GRANTED. The answer will be accepted as timely filed if submitted on or before August 20, 2018.




       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

         August 10, 2018



                       Clerk